# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID ALLARD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 5:15-cv-00562-R |
| PD-RX PHARMACEUTICALS INC., et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the joint motion to dismiss the claims of all Plaintiffs against Defendants Teva Pharmaceuticals USA, Inc.; Defendant Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Defendants Neosan Pharmaceuticals, Inc., AAIPharma Development Services, Inc., AAIPharama, Inc., and AAIPharma, LLC; Defendants Cornerstone Biopharma, Inc., and Cornerstone Biopharma Holdings, LLC (formerly known as and sued herein as Cornerstone Biopharma Holdings, Inc.); Defendants Mallinckrodt Inc. and Covidien Inc.; and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. Doc. No. 194.

Upon due consideration, the Court GRANTS the Motion. Plaintiffs' claims against these Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 1st day of June, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE